FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAR 30  AM 8: 03

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MICHAEL W. FITCH                         CIVIL ACTION

VERSUS                                   NUMBER: 04-3411

JO ANNE B. BARNHART,                     SECTION: "R"(5)
COMMISSIONER OF SOCIAL SECURITY
ADMINISTRATION

## O R D E R

The Court, having considered the motions, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that plaintiff's motion for summary judgment is **DENIED** and that defendant's motion for summary judgment is **GRANTED**.

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

New Orleans, Louisiana, this 29th day of March, 2006.

*Sarah Vance*
UNITED STATES DISTRICT JUDGE